UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46753
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC

Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JEFFREY A. BRENNER
SHARI S. BRENNER

Case No.: 18-16546

Adv. No.:

Hearing Date: 8-1-18

Judge: RG

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 18, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Jeffrey and Shari Brenner**
**18-16546(RG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC, with the appearance of Justin Gillman, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company LLC is the servicer for CAB EAST LLC, the owner and lessor of a 2016 Ford Fusion bearing vehicle identification number 3FA6P0H73GR405485 (hereinafter the "vehicle"), which vehicle is leased by the debtor.

2. The debtor shall make all lease payments to Ford Motor Credit Company LLC, servicer for CAB EAST LLC when due, being the 21ST day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. The debtor shall pay to Ford Motor Credit Company LLC, servicer for CAB EAST LLC through the plan, a counsel fee of $506 which shall be paid by the trustee as an administrative priority expense.

5. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, Ford Motor Credit Company LLC, servicer for CAB EAST LLC <u>shall receive immediate stay relief without any application to the Court or notice to the debtor or his attorney and shall be permitted to immediately repossess and sell the vehicle.</u>