UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman & Gillman, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

| | |
|---|---|
| In Re: | Case No.: _____18-16546_____ |
| | Judge: _____RG_____ |
| Jeffrey A. Brenner | |
| Shari Brenner | Chapter:         13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.     ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____November 7, 2018_____, at 10:00 a.m.R.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.     I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ _____600.00_____, but have not been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

Debtors have brought payments current through October, 2018.  Debtors can
resume and continue regular monthly payments.

☐  Other **(explain your answer)**:

3.      This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _10/29/18_____                          _/s/ Jeffrey A. Brenner_____
                                                        Debtor's Signature

Date: _10/29/18_____                          _/s/ Shari Brenner_____
                                                        Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*