Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  18−16546−RG
                          Chapter:  13
                          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey A Brenner                                   Shari S Brenner
   124 West Tenth Street                          124 West Tenth Street
   Bayonne, NJ 07002                                Bayonne, NJ 07002

Social Security No.:
   xxx−xx−9308                                            xxx−xx−1626

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on September 14, 2018.

    On 1/15/19 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                  February 20, 2019
Time:                08:30 AM
Location:           Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 16, 2019
JAN: dmc

                                                                                      Jeanne Naughton
                                                                                       Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 18-16546-RG
Jeffrey A Brenner                                             Chapter 13
Shari S Brenner
            Debtors             CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Jan 16, 2019
                              Form ID: 185             Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
db/jdb         +Jeffrey A Brenner,    Shari S Brenner,    124 West Tenth Street,    Bayonne, NJ 07002-1359
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
517563112       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517431923      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517431924      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517584991      +CarePoint Health - Physican GSHA,    C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
517431935       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517431936      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517436478     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  FORD MOTOR CREDIT COMPANY LLC,    DEPT. 55953,    PO BOX 55000,
                 DETROIT, MI.  48255-0953)
517431942      +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
517665618      +Garden State Anesthesia,    180 Main Street,    2nd Floor,    Hackensack, NJ 07601-7125
517431948      +Hudson County Sheriff,    257 Cornelison Ave.,    Jersey City, NJ 07302-3113
517431949      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517431950      +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                 Mount Laurel, NJ 08054-7269
517431951      +Maris Fraga Dc,    734 Broadway,    Bayonne, NJ 07002-4274
517477698      +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517431955      +Real Time Resolutions,    4909 Savarese Circle,    Tampa, FL 33634-2413
517431956      +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-4021
517431957      +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
517431960      +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
517431961      +Traf Group Inc/A-1 Collections,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517431962       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517431966      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
517431965      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517524852       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2019 01:11:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2019 01:11:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2019 06:54:45
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517558166      +E-mail/Text: g20956@att.com Jan 17 2019 01:11:47      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
517431928       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2019 01:12:30      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517431932       E-mail/Text: bankruptcy@cavps.com Jan 17 2019 01:11:34      Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
517431925      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2019 01:12:52      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517467873       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2019 01:12:52
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517431931      +E-mail/Text: bankruptcy@cavps.com Jan 17 2019 01:11:34      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517435444      +E-mail/Text: bankruptcy@cavps.com Jan 17 2019 01:11:35      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517431933      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2019 01:10:59      Comenity Bank,
                 Po Box 182125,    Columbus, OH 43218-2125
517431934      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2019 01:11:00      Comenity Bank,
                 Po Box 182789,    Columbus, OH 43218-2789
517665619       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2019 01:12:59      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517581255       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2019 01:13:22
                 LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
517539750      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2019 01:11:16      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517431953      +E-mail/PDF: pa_dc_claims@navient.com Jan 17 2019 01:12:34      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517431952      +E-mail/PDF: pa_dc_claims@navient.com Jan 17 2019 01:12:35      Navient,   Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
517665620      +E-mail/PDF: bankruptcy@ncfsi.com Jan 17 2019 01:13:18      New Century Financial Services, Inc.,
                 110 South Jefferson Road,    Suite 110,    Whippany, NJ 07981-1038
517527933       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2019 01:13:16
                 Portfolio Recovery Associates, LLC,    c/o Juniper,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 3                  Date Rcvd: Jan 16, 2019
                              Form ID: 185             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517431954         +E-mail/Text: bkdepartment@rtresolutions.com Jan 17 2019 01:11:28      Real Time Resolutions,
                   Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517433443         +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2019 06:54:45      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517431959         +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2019 06:54:45      Synchrony Bank/HH Gregg,
                   C/o Po Box 965036,    Orlando, FL 32896-0001
517431958         +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2019 06:54:45      Synchrony Bank/HH Gregg,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517431964         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 17 2019 01:10:18
                   Verizon,    Po Box 650051,    Dallas, TX 75265-0051
517431963         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 17 2019 01:10:18
                   Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                   Weldon Springs, MO 63304-2225
517570148         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2019 01:23:35      Verizon,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517431929*       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
517431930*       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
517431926*        +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517431927*        +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517431937*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                    Po Box 62180,    Colorado Springs, CO 80962)
517431938*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                    Po Box 62180,    Colorado Springs, CO 80962)
517431939*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                    Po Box 62180,    Colorado Springs, CO 80962)
517431940*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                    Po Box 62180,    Colorado Springs, CO 80962)
517431941*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                    Po Box 62180,    Colorado Springs, CO 80962)
517431947*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                    Po Box 62180,    Colorado Springs, CO 80962)
517431943*        +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
517431944*        +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
517431945*        +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
517431946*        +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
                                                                                TOTALS: 0, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 3 of 3             Date Rcvd: Jan 16, 2019
                               Form ID: 185             Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Justin M Gillman    on behalf of Debtor Jeffrey A Brenner abgillman@optonline.net,
               r47252@notify.bestcase.com
              Justin M Gillman    on behalf of Joint Debtor Shari S Brenner abgillman@optonline.net,
               r47252@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```