Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−16546−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jeffrey A Brenner | Shari S Brenner |
| 124 West Tenth Street | 124 West Tenth Street |
| Bayonne, NJ 07002 | Bayonne, NJ 07002 |

Social Security No.:
  xxx−xx−9308                                    xxx−xx−1626

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/20/19 at 10:00 AM

to consider and act upon the following:

*48* – Certification in Opposition to (related document:41 Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 2016 Ford Fusion. Fee Amount $ 181. filed by Creditor CAB East LLC, serviced by Ford Motor Credit Company LLC) filed by John R. Morton Jr. on behalf of CAB East LLC, serviced by Ford Motor Credit Company LLC. Objection deadline is 01/23/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor CAB East LLC, serviced by Ford Motor Credit Company LLC) filed by Justin M Gillman on behalf of Jeffrey A Brenner, Shari S Brenner. (Gillman, Justin)

Dated: 1/22/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court