Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−16546−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey A Brenner                              Shari S Brenner
   124 West Tenth Street                      124 West Tenth Street
   Bayonne, NJ 07002                          Bayonne, NJ 07002

Social Security No.:
   xxx−xx−9308                                   xxx−xx−1626

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/20/19 at 10:00 AM

to consider and act upon the following:

*48* − Certification in Opposition to (related document:41 Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 2016 Ford Fusion. Fee Amount $ 181. filed by Creditor CAB East LLC, serviced by Ford Motor Credit Company LLC) filed by John R. Morton Jr. on behalf of CAB East LLC, serviced by Ford Motor Credit Company LLC. Objection deadline is 01/23/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor CAB East LLC, serviced by Ford Motor Credit Company LLC) filed by Justin M Gillman on behalf of Jeffrey A Brenner, Shari S Brenner. (Gillman, Justin)

Dated: 1/22/19

                                                                   Jeanne Naughton
                                                                   Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Jeffrey A Brenner
Shari S Brenner
    Debtors

Case No. 18-16546-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 22, 2019
    Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2019.
db/jdb    +Jeffrey A Brenner,  Shari S Brenner,  124 West Tenth Street,  Bayonne, NJ 07002-1359
cr    +CAB East LLC, serviced by Ford Motor Credit Compan,  P.O. Box 62180,
    Colorado Springs, CO 80962-2180

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr    +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 01:04:41
    Synchrony Bank, c/o PRA Recievables Management, LL,  POB 41021,  Norfolk, VA 23541-1021
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2019 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
    Justin M Gillman    on behalf of Joint Debtor Shari S Brenner abgillman@optonline.net, r47252@notify.bestcase.com
    Justin M Gillman    on behalf of Debtor Jeffrey A Brenner abgillman@optonline.net, r47252@notify.bestcase.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 7