UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46753
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC

In Re:

JEFFREY A. BRENNER
SHARI S. BRENNER

**Order Filed on March 27, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 18-16546

Adv. No.:

Hearing Date: 2-20-19

Judge: RG

## ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 27, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Jeffrey and Shari Brenner**
**18-16546(RG)**
**Order for Additional Counsel Fee**
**Page 2**


This matter having been brought on before this Court on creditor's certification of default filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC, with the appearance of Justin Gillman, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The debtor shall pay to Ford Motor Credit Company LLC, servicer for CAB EAST LLC through the plan, an additional counsel fee of $175 which shall be paid by the trustee as an administrative priority expense.