UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46753
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC

In Re:

JEFFREY A. BRENNER
SHARI S. BRENNER

**Order Filed on March 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-16546

Adv. No.:

Hearing Date: 2-20-19

Judge: RG

## ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 27, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Jeffrey and Shari Brenner**
**18-16546(RG)**
**Order for Additional Counsel Fee**
**Page 2**

This matter having been brought on before this Court on creditor's certification of default filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC, with the appearance of Justin Gillman, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The debtor shall pay to Ford Motor Credit Company LLC, servicer for CAB EAST LLC through the plan, an additional counsel fee of $175 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey A Brenner  
Shari S Brenner  
      Debtors

Case No. 18-16546-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 27, 2019  
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.  
db/jdb        +Jeffrey A Brenner,    Shari S Brenner,    124 West Tenth Street,    Bayonne, NJ 07002-1359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Justin M Gillman    on behalf of Debtor Jeffrey A Brenner ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
       Justin M Gillman    on behalf of Joint Debtor Shari S Brenner ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                        TOTAL: 7