Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−16546−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey A Brenner                          Shari S Brenner
124 West Tenth Street                      124 West Tenth Street
Bayonne, NJ 07002                          Bayonne, NJ 07002

Social Security No.:
xxx−xx−9308                                xxx−xx−1626

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/19/19 at 10:00 AM

to consider and act upon the following:

*63* − Certification in Opposition to (related document:61 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/10/2019. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Justin M Gillman on behalf of Jeffrey A Brenner, Shari S Brenner. (Gillman, Justin)

Dated: 5/13/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court