| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 20, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    JEFFREY A BRENNER<br>    SHARI S BRENNER | Case No.:  18-16546 RG<br><br>Hearing Date:  6/19/2019 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 20, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JEFFREY A BRENNER
SHARI S BRENNER

Case No.: 18-16546

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/19/2019 on notice to JUSTIN M. GILLMAN, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay $1,509.00 to the Trustee from debtor's 2018 tax refund by 6/27/2019 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney.