UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliancer with D.N.J. LBR 9004-2(c)**

Brian C. Nicholas, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
BNicholas@kmllawgroup.com
Attorney for Bank of America, N.A.

Order Filed on October 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-16546 RG

Judge: Rosemary Gambardella

Chapter: 13

In Re:
Jeffrey A Brenner
Shari S Brenner
                    Debtors

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 4, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>February 13, 2019 (entered February 15, 2019)</u>:

Property: <u>124 West Tenth Street, Bayonne, NJ 07002</u>

Creditor: <u>Bank of America, N.A.</u>

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by <u>Bank of America, N.A.</u>, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective <u>immediately</u>.