**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliancer with D.N.J. LBR 9004-2(c)**

Brian C. Nicholas, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
BNicholas@kmllawgroup.com
Attorney for Bank of America, N.A.

Order Filed on October 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-16546 RG

Judge: Rosemary Gambardella

Chapter: 13

In Re:
Jeffrey A Brenner
Shari S Brenner
                Debtors

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 4, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>February 13, 2019 (entered February 15, 2019)</u>:

Property: <u>124 West Tenth Street, Bayonne, NJ 07002</u>

Creditor: <u>Bank of America, N.A.</u>

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by <u>Bank of America, N.A.</u>, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective <u>immediately</u>.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 18-16546-RG
Jeffrey A Brenner Chapter 13
Shari S Brenner
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1 Date Rcvd: Oct 04, 2019
 Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db/jdb +Jeffrey A Brenner, Shari S Brenner, 124 West Tenth Street, Bayonne, NJ 07002-1359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
 Brian C. Nicholas on behalf of Creditor BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
 bkgroup@kmllawgroup.com
 Denise E. Carlon on behalf of Creditor BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
 bkgroup@kmllawgroup.com
 John R. Morton, Jr. on behalf of Creditor CAB East LLC, serviced by Ford Motor Credit Company
 LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
 Justin M Gillman on behalf of Debtor Jeffrey A Brenner ecf@gbclawgroup.com,
 R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
 Justin M Gillman on behalf of Joint Debtor Shari S Brenner ecf@gbclawgroup.com,
 R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
 Marie-Ann Greenberg magecf@magtrustee.com
 Rebecca Ann Solarz on behalf of Creditor BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
 U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov
 TOTAL: 8