Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–16546–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jeffrey A Brenner | Shari S Brenner |
| 124 West Tenth Street | 124 West Tenth Street |
| Bayonne, NJ 07002 | Bayonne, NJ 07002 |

Social Security No.:
  xxx–xx–9308                                xxx–xx–1626

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/5/20 at 10:00 AM

to consider and act upon the following:

*83* – Creditor's Certification of Default (related document:53 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 12/30/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*84* – Certification in Opposition to (related document:83 Creditor's Certification of Default (related document:53 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 12/30/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BANK OF AMERICA, N.A.) filed by Justin M Gillman on behalf of Jeffrey A Brenner, Shari S Brenner. (Gillman, Justin)

Dated: 12/31/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court