Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                          Case No.:  18−16546−RG
                                                         Chapter:  13
                                                         Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey A Brenner                                         Shari S Brenner
   124 West Tenth Street                            124 West Tenth Street
   Bayonne, NJ 07002                                Bayonne, NJ 07002

Social Security No.:
   xxx−xx−9308                                                 xxx−xx−1626

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 11, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 13, 2020
JAN: slm

                                                                                                                Jeanne Naughton
                                                                                                                Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                               Case No. 18-16546-RG
Jeffrey A Brenner                                                    Chapter 13
Shari S Brenner
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 3                  Date Rcvd: Feb 13, 2020
                               Form ID: 148                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db/jdb         +Jeffrey A Brenner,    Shari S Brenner,    124 West Tenth Street,    Bayonne, NJ 07002-1359
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
517431935       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517431936      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517665618      +Garden State Anesthesia,    180 Main Street,    2nd Floor,    Hackensack, NJ 07601-7339
517431948      +Hudson County Sheriff,    257 Cornelison Ave.,    Jersey City, NJ 07302-3113
517431949      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517431950      +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                 Mount Laurel, NJ 08054-7269
517431951      +Maris Fraga Dc,    734 Broadway,    Bayonne, NJ 07002-4274
517477698      +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517431955      +Real Time Resolutions,    4909 Savarese Circle,    Tampa, FL 33634-2413
517431956      +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-4021
517431957      +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
517431960      +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
517431961      +Traf Group Inc/A-1 Collections,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517431962       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2020 01:09:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2020 01:09:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Feb 14 2020 05:18:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
517558166      +EDI: CINGMIDLAND.COM Feb 14 2020 05:18:00      AT&T Mobility II LLC,     %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
517563112       EDI: BANKAMER.COM Feb 14 2020 05:18:00      Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
517431923      +EDI: TSYS2.COM Feb 14 2020 05:18:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
517431924      +EDI: TSYS2.COM Feb 14 2020 05:18:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
517431928       EDI: CAPITALONE.COM Feb 14 2020 05:18:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517431932       E-mail/Text: bankruptcy@cavps.com Feb 14 2020 01:09:43      Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
517431925      +EDI: CAPITALONE.COM Feb 14 2020 05:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517467873       EDI: CAPITALONE.COM Feb 14 2020 05:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517584991      +E-mail/Text: bncmail@w-legal.com Feb 14 2020 01:09:31      CarePoint Health - Physican GSHA,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517431931      +E-mail/Text: bankruptcy@cavps.com Feb 14 2020 01:09:43      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517435444      +E-mail/Text: bankruptcy@cavps.com Feb 14 2020 01:09:43      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517431933      +EDI: WFNNB.COM Feb 14 2020 05:18:00      Comenity Bank,    Po Box 182125,
                 Columbus, OH 43218-2125
517431934      +EDI: WFNNB.COM Feb 14 2020 05:18:00      Comenity Bank,    Po Box 182789,
                 Columbus, OH 43218-2789
517436478       EDI: FORD.COM Feb 14 2020 05:18:00      FORD MOTOR CREDIT COMPANY LLC,    DEPT. 55953,
                 PO BOX 55000,    DETROIT, MI.  48255-0953
517431937       EDI: FORD.COM Feb 14 2020 05:18:00      Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962
517431942      +EDI: FORD.COM Feb 14 2020 05:18:00      Ford Motor Credit,    Po Box Box 542000,
                 Omaha, NE 68154-8000
517665619       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:14:15      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517581255       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:14:15
                 LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
517539750      +EDI: MID8.COM Feb 14 2020 05:18:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517431953      +EDI: NAVIENTFKASMSERV.COM Feb 14 2020 05:18:00      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517431952      +EDI: NAVIENTFKASMSERV.COM Feb 14 2020 05:18:00      Navient,    Attn: Bankruptcy,    Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
517665620      +E-mail/PDF: bankruptcy@ncfsi.com Feb 14 2020 01:13:16      New Century Financial Services, Inc.,
                 110 South Jefferson Road,    Suite 104,    Whippany, NJ 07981-1038
517527933       EDI: PRA.COM Feb 14 2020 05:18:00      Portfolio Recovery Associates, LLC,    c/o Juniper,
                 POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-2           User: admin              Page 2 of 3              Date Rcvd: Feb 13, 2020
                               Form ID: 148             Total Noticed: 52


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517431954      +E-mail/Text: bkdepartment@rtresolutions.com Feb 14 2020 01:09:32     Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517433443      +EDI: RMSC.COM Feb 14 2020 05:18:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517431959      +EDI: RMSC.COM Feb 14 2020 05:18:00      Synchrony Bank/HH Gregg,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
517431958      +EDI: RMSC.COM Feb 14 2020 05:18:00      Synchrony Bank/HH Gregg,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517431964      +EDI: VERIZONCOMB.COM Feb 14 2020 05:18:00      Verizon,   Po Box 650051,    Dallas, TX 75265-0051
517431963      +EDI: VERIZONCOMB.COM Feb 14 2020 05:18:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517570148      +EDI: AIS.COM Feb 14 2020 05:23:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517431966      +EDI: WFFC.COM Feb 14 2020 05:18:00      Wells Fargo Bank,   Po Box 14517,
                 Des Moines, IA 50306-3517
517431965      +EDI: WFFC.COM Feb 14 2020 05:18:00      Wells Fargo Bank,   Po Box 10438,    Macf8235-02f,
                 Des Moines, IA 50306-0438
517524852       EDI: WFFC.COM Feb 14 2020 05:18:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 36

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517431929*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517431930*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517431926*     +Capital One,   Attn: Bankruptcy,   Po Box 30253,    Salt Lake City, UT 84130-0253
517431927*     +Capital One,   Attn: Bankruptcy,   Po Box 30253,    Salt Lake City, UT 84130-0253
517431938*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
517431939*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
517431940*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
517431941*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
517431947*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
517431943*     +Ford Motor Credit,    Po Box Box 542000,   Omaha, NE 68154-8000
517431944*     +Ford Motor Credit,    Po Box Box 542000,   Omaha, NE 68154-8000
517431945*     +Ford Motor Credit,    Po Box Box 542000,   Omaha, NE 68154-8000
517431946*     +Ford Motor Credit,    Po Box Box 542000,   Omaha, NE 68154-8000
                                                                                 TOTALS: 0, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin               Page 3 of 3             Date Rcvd: Feb 13, 2020
                               Form ID: 148              Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:

        Brian C. Nicholas   on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Justin M Gillman   on behalf of Debtor Jeffrey A Brenner ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
        Justin M Gillman   on behalf of Joint Debtor Shari S Brenner ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Rebecca Ann Solarz   on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                          TOTAL: 8